## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                                     Case No: 8:14-mc-41-T-30AEP

KB STAFFING, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that no pending issue remains for the Court's consideration. It is therefore

**ORDERED AND ADJUDGED** that:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-mc-41 dismissal.docx